

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-26-00016-CV

IN THE INTEREST OF E.M.S. AND J.D.S., CHILDREN

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 23-3946-393

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, David Maurice Simes, has filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:     March 6, 2026
Date Decided:       March 9, 2026

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).